No. 13,796.

Estate of Solis.
Young, Administratrix, et al. v. Solis.
(... P. [2d] ...)

Decided May 25, 1936.

Judgment affirmed in department without written opinion, Mr. Justice Burke, sitting for Mr. Chief Justice Campbell, Mr. Justice Butler and Mr. Justice Holland participating.

Mr. JOSEPH J. WALSH, Mr. DONALD F. CLIFFORD, for plaintiffs in error.

Messrs. BARTELS, BLOOD & BANCROFT, for defendants in error.